IN RE Sherlock V. GRIGSBY, Respondent.

No. 16–BG–1069

District of Columbia Court of Appeals.

(FILED August 17, 2017)

Bar Registration No. 494432, Board Docket Nos. 14–BD–103, 14–BD–105, 14–BD–106 & 14–BD–107, DDNs: 2013–D064, 2013–D439, 2013–D240, 2013–D100, Bar Registration No. 494432

BEFORE: Beckwith, Associate Judge; McLeese, Associate Judge; and Farrell, Senior Judge.

**ORDER**

PER CURIAM

The Board on Professional Responsibility concluded that respondent engaged in intentional misappropriation and recommends that the respondent be disbarred. Neither respondent nor Bar Counsel has excepted to that conclusion and recommendation. We therefore accept the Board's recommendation. D.C. Bar R. XI, § 9 (h)(2).

Accordingly, it is ORDERED that respondent Sherlock V. Grigsby is hereby disbarred from the practice of law in the District of Columbia. For purposes of reinstatement, the period of disbarment will begin to run when Mr. Grigsby has filed an affidavit demonstrating full compliance with D.C. Bar R. XI, § 14 (g).

IN RE Abigail ASKEW a Member of the Bar of the District of Columbia Court of Appeals Bar Reg. No. 497703

No. 17–BG–152

District of Columbia Court of Appeals.

(Filed August 17, 2017)

**2013 BDN 238**

BEFORE: Glickman and Beckwith, Associate Judges, and Farrell, Senior Judge.

**ORDER**

PER CURIAM

On consideration of the Board on Professional Responsibility's Report and Recommendation, this court's March 10, 2017, order directing respondent to show cause why she should not be suspended pending final action on the Board's report, and the response of respondent wherein she does not oppose the imposition of an interim suspension, it is

ORDERED that Abigail Askew is hereby suspended from the practice of law in the District of Columbia pending final disposition of this proceeding. It is

FURTHER ORDERED that respondent's attention is directed to the requirements of D.C. Bar R. XI, § 14 relating to suspended attorneys and D.C. Bar R. XI, § 16 (c), dealing with the timing of eligibility for reinstatement as related to compliance with R. XI, § 14, including filing of the required affidavit.